```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        OCT 0 5 2020

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00865-VCF |
| Plaintiff, | (D. Col. 1:20-cr-00292-WJM) |
| v. | |
| CHRISTIAN ANTHONY CARVER | WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING |
| Defendant. | |

I understand that I have a right to appear in person in court at the initial appearance in this case scheduled for October 5, 2020. I have been advised of the nature of this proceeding and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_/s/ Christian A. Carver, by AFPD Wendi Overmyer_    10/5/2020
Defendant's Signature                (date)

_/s/Wendi L. Overmyer_                                    [signature]
Signature of Defendant's Attorney   (date)        Judge's Signature                (date)

                                                   **CAM FERENBACH**
                                                   **U.S. MAGISTRATE JUDGE**
WENDI L. OVERMYER
Printed Name of Defendant's Attorney              Judge's Printed Name and Title